United States District Court
Southern District of Texas

**ENTERED**

August 26, 2025

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHADY IHEAKANDU IGNATIUS EMEKA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-24-2321 |
| | § | |
| WELLS FARGO BANK N.A., and | § | |
| CARRINGTON MORTGAGE SERVICES, | § | |
| L.L.C., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting

Defendants' Motion for Summary Judgment, this action is **DISMISSED**

**WITH PREJUDICE**.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 26th day of August, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE